UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

NEW HORIZON CHURCH MINISTRY,

                Plaintiff,        08 Civ. 3842 (RWS)

  - against -                O R D E R

DAVID PATERSON,

                Defendant.

------------------------------------X

**Sweet, D.J.,**

        Plaintiff's letter of May 20, 2008, will be treated as a motion to be heard at noon on Tuesday, June 3, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

**New York, NY**
**May 21, 2008**

                                          ROBERT W. SWEET
                                            U.S.D.J.

[Stamp: USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 5/22/08]