

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial
(212) 416-8965



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/27/08

May 23, 2008

*Via Facsimile Transmission*

Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

So ordered
[signature]
Sweet
USDJ
5-27-08

RECEIVED
MAY 27 2008
JUDGE SWEET CHAMBERS

Re:  **New Horizon Church Ministry v. David Paterson**
     S.D.N.Y. Case No. 08 CV 3842 (RWS)

Dear Judge Sweet:

This Office currently does not represent any party in the above-referenced litigation because, upon information and belief, there has been no service of the complaint upon defendant Governor Paterson. However, I write in response to the Court's order of yesterday afternoon which deemed plaintiff's May 20, 2008 letter to be a motion and set it down for oral argument on June 3, 2008.

Plaintiff's letter was dated May 20, 2008 and was apparently sent to the Court on that date. However, it was not faxed to this office until May 22nd, when we received an illegible copy. After calling and writing to plaintiff's counsel, we received a legible copy earlier today, May 23, 2008. Pursuant to Local Rule 6.1 and the Court's order, a response to this letter is due on May 30, 2008. I ask for an extension of this date because I have motions to dismiss due in two federal civil rights actions on May 30th. I ask that the Court move the date of argument on the motion to the following week, with opposition due on June 5, 2008. There has been no previous request for an

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

extension in this matter. I attempted to reach plaintiff's counsel this afternoon to obtain their consent to this extension but they were not available.

Respectfully submitted,

Monica Connell
*Assistant Attorney General*

MC/
cc: Richard L. Mahfouz, Esq. *(Via Fax)*
Patrick Clerkin, Esq.